**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Bartholomew Lamar MAYS,
Defendant–Appellant.**

No. 14–50839
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 8, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

John Anthony Peralta, Esq., Liberty, TX, for Defendant–Appellant.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Bartholomew Lamar Mays has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386

* Pursuant to 5TH·CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Mays has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mays's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.